IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOHNNIE EARL THOMAS**                                                         **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 5:07-cv-120-DCB-MTP**

**VICKSBURG POLICE DEPARTMENT**
**AND ISSAQUENA COUNTY JAIL**                                **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the    24th    day of January, 2008.


                                                              s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE